IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ITALIAN FRENCH BAKING COMPANY,<br><br>    Defendant.<br>_____ / | No. C 06-01518 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

   The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Re: Plaintiffs' Motion for Default Judgment.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

   IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment.

Dated: 9/11/06

_____
CLAUDIA WILKEN
United States District Judge

cc: EDL